(October 29, 1984)

■ In the Matter of HAROLD BRADY, Petitioner, v MARIO M. CUOMO, as Governor of the State of New York, et al., Respondents. — Application, pursuant to CPLR 5704 (subd [a]), to review an order of Supreme Court at Special Term which denied an ex parte application for commencement of a proceeding against respondents pursuant to CPLR article 78. Application denied.

Application for reconsideration of decision dated July 31, 1984 [103 AD2d 998] denied. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Levine, JJ., concur.

FIRST DEPARTMENT, NOVEMBER, 1984

(November 1, 1984)

■ LASIDI, S. A., et al., Respondents, v FINANCIERA AVENIDA, S. A., Appellant, et al., Defendants. — Order, Supreme Court, New York County (David Edwards, Jr., J.), entered on May 7, 1984, unanimously affirmed. Respondents shall recover of appellant $50 costs and disbursements of this appeal. The appeal from the order of said court, entered on July 15, 1983, is unanimously dismissed as having been subsumed in the appeal from the order entered on May 7, 1984, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Asch, Milonas and Alexander, JJ.